UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 28, 2005**
**ROBINSON/CHAVEZ** Program,

                             Plaintiff,

     -against-

EUSTAQUIO CORTEZ CABANAS, Individually and d/b/a PARAISO AZTECA RESTAURANT AND BAR a/k/a PARAISO AZTECA DELI & GROCERY a/k/a PARAISO AZTECA DELI-GROCERY a/k/a PARAISO AZTECA RESTAURANTE & BAR a/k/a PARAISO AZTECA a/k/a PARAISO AZTECA RESTAURANT & BAR, and PARAISO AZTECA RESTAURANT AND BAR a/k/a PARAISO AZTECA DELI & GROCERY a/k/a PARAISO AZTECA DELI-GROCERY a/k/a PARAISO AZTECA RESTAURANTE & BAR a/k/a PARAISO AZTECA a/k/a PARAISO AZTECA RESTAURANT & BAR,

                             Defendants.
-----------------------------------------------------------------

**NOTICE OF SETTLEMENT**
**AND**
**ADMINISTRATIVE DISMISSAL**
Civil Action No. CV-06-2890
HON. ALLYNE R. ROSS

PLEASE TAKE NOTICE THAT Plaintiff J & J SPORTS PRODUCTIONS, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed July 1, 2007. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment,

to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 30, 2006
       Ellenville, New York

                          **J & J SPORTS PRODUCTIONS, INC.**

                          By: /s/ Julie Cohen Lonstein
                          JULIE COHEN LONSTEIN, ESQ.
                          Attorney for Plaintiff
                          Bar Roll No. JL8521
                          LONSTEIN LAW OFFICE, P.C.
                          Office and P.O. Address
                          1 Terrace Hill : P.O. Box 351
                          Ellenville, NY 12428
                          Telephone: (845) 647-8500
                          Facsimile: (845) 647-6277
                          *Our File No. 05-4-E18V*

SO ORDERED this 5th day of July, 2006

Allyne R. Ross
HON. ALLYNE R. ROSS
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Peter Tommaso, Esq.
123-60 83rd Ave.
Kew Gardens, NY 11415
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 30th day of June, 2006.

                          /s/ Julie Cohen Lonstein
                          JULIE COHEN LONSTEIN